| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: <br><br> DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/24**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| **1.** | **Debtor's name** | **Mystical Stars, LLC, f/k/a Arya International, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **01-0711641** |

| | | | |
| --- | --- | --- | --- |
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1571 Route 46, E** <br> **Parsippany, NJ 07054** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Morris** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | _____ <br> Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| **5.** | **Debtor's website** (URL) | _____ |

| | | |
| --- | --- | --- |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor   **Mystical Stars, LLC, f/k/a Arya International, Inc.**                                Case number (*if known*) _____
      Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor   **Mystical Stars, LLC, f/k/a Arya International, Inc.**                                    Case number (*if known*) _____
      Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

---

**11.** **Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

                  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

■ **Statistical and administrative information**

---

**13.** **Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Mystical Stars, LLC, f/k/a Arya International, Inc.**                          Case number (*if known*)
         Name

| | |
|---|---|

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 21, 2024**
              MM / DD / YYYY

**X** **/s/ Rupal K. Patel**                          **Rupal K. Patel**
Signature of authorized representative of debtor        Printed name

Title   **Sole and Managing Member**

---

**18. Signature of attorney**

**X** **/s/ Anthony Sodono, III**                          Date   **August 21, 2024**
Signature of attorney for debtor                               MM / DD / YYYY

**Anthony Sodono, III**
Printed name

**McManimon, Scotland & Baumann, LLC**
Firm name

**75 Livingston Avenue**
**Second Floor**
**Roseland, NJ 07068**
Number, Street, City, State & ZIP Code

Contact phone   **973-622-1800**        Email address   **asodono@msbnj.com**

**NJ**
Bar number and State

.

Bhatia, Kalyani and Sandeep
610 Vale Drive
Morganville, NJ 07751


Chacko, Juby
100 Cottage Place
Gillette, NJ 07933


Commercial Capital
55 Broadway, #201
Hicksville, NY 11801


Dave, Anurag
1 Hillside Road
Denville, NJ 07054


Gaur, Alok
c/o Blick Law LLC
220 Davison Avenue, Ste. 300
Somerset, NJ 08873


Gupta, Divyang
c/o LoFaro Carver LLC
20 Court Street, Ste. 4
Hackensack, NJ 07601


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jaisinghani, Hagdish
300 Flower Lane
Morganville, NJ 07751


Katikaneni, Pruthvi
36 Raymound Blvd.
Parsippany, NJ 07054


Mehta, Kamlesh
22 Hemingway Drive
Dix Hills, NY 11746


Modi, Naveen
7614 McWeadon Lane
Springfield, VA 22150

Moloo, Noordin
c/o Robert J. Basil, Esq.
The Basil Law Group, P.C.
125 West 31st Street, #19-B
New York, NY 10001


Monani, Jagdish and Deepali
c/o Law Office of Barry E. Janay, P.C.
354 Eisenhower Parkway, Ste. 1250
Livingston, NJ 07039


Naladala, Jyothi
c/o Middlebrooks Shapiro, PC
PO Box 1630
Belmar, NJ 07719-1630


New Jersey Attorney General's Office
Div. of Law; RJ Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112


New Jersey Consumer Affairs
c/o New Jersey Attorney General's Office
Div. of Law; RJ Hughes Justice Complex
25 Market Street; PO Box 112
Trenton, NJ 08625-0112


New Jersey Department of Labor
Div. of Emploeyr Accts.
1 John Fitch Plaza
PO Box 389
Trenton, NJ 08611-0389


New Jersey Dept. of Labor Workforce Dev.
Div. of Unemployment & Disability Ins.
Bankruptcy Unit PO Box 951
Trenton, NJ 08611-0951


New Jersey Division of Taxation
Compliance/Enforcement - Bankruptcy Unit
3 John Fitch Way, 5th Fl.
Trenton, NJ 08695-0245


Patel, Lopa
7319 Meadow wood Way
Clarksville, MD 21029

Patel, Manish
39 Goodwin Drive
North Brunswick, NJ 08920


Patel, Minesh
c/o Lomurro Munson LLC
4 Paragon Way, Ste. 100
Freehold, NJ 07728


Patel, Sahil
c/o LoFaro Carver LLC
20 Court Street, Ste. 4
Hackensack, NJ 07601


Patel, Sitaben
1 Hillside Road
Denville, NJ 07054


Patel, Sneha
117 Wild Plum Drive
Coppell, TX 75019


PMF
c/o Joseph I. Sussman, Esq.
333 Pearsall Ave., Ste. 205
Cedarhurst, NY 11516


Poola, Jagadeesan
7 Park Drive, E
Old Westbury, NY 11568


United States Attorney
Peter Rodino Federal Building
970 Broad Street, Ste. 700
Newark, NJ 07102


United States Attorney General
United States Department of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044


Unity Bank
c/o Fein Such Kahn & Shepard
6 Campus Drive, Ste. 304
Parsippany, NJ 07054

Valley National Bank
c/o Day Pitney LLP
One Jefferson Road
Parsippany, NJ 07054-2891


Vox Funding
156 West 56 Street, Ste. 703
New York, NY 10019


Wani, Mahesh and Jasani, Purvi
c/o Patrick Papalia/Rafael Llano, Esqs.
Archer & Greiner, P.C.
21 Main Street, Ste. 353
Hackensack, NJ 07601