UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

**Hon. Stacey L. Meisel, U.S.B.J.**



In re:

**RUPAL K. PATEL**, Debtor

Case No. 24-18301-SLM

Chapter 11

**MYSTICAL STARS, LLC**, Debtor

Case No. 24-18290-SLM

(Jointly Administered)

## LIMITED OBJECTION TO DISCLOSURE STATEMENT AND REQUEST FOR CLARIFICATION OF SECURED CLAIM TREATMENT

**Filed by: Alok Gaur, Judgment Creditor**

TO THE HONORABLE COURT:

Alok Gaur, a judgment creditor in the above-captioned jointly administered Chapter 11 cases, respectfully submits this limited objection and reservation of rights in connection with the Disclosure Statement filed by the Official Committee of Unsecured Creditors and states as follows:

### 1. Judgment Lien and Secured Status

Movant holds a final judgment entered in the Superior Court of New Jersey against Rupal K. Patel, which has been duly docketed with the Clerk of the Superior Court. As a result, Movant holds a **judgment lien that attaches to real property owned by the Debtor in the State of New Jersey**, pursuant to N.J. Stat. § 2A:16-1 and applicable law.

Under **11 U.S.C. § 506(a)**, Movant is a **secured creditor** to the extent of available equity in such real property.

## 2. Status of Communications with Committee Counsel

Movant has submitted a copy of his docketed judgment to Committee counsel. However, as of the date of this filing, Committee counsel has **not clearly stated what, if anything further, is required in order to treat Movant's claim as secured** under the Committee's proposed Plan.

## 3. Conditional Support and Reservation of Rights

Movant does not object to the Committee's proposed Plan in principle and would be willing to support it **if the Plan clearly recognizes and treats his claim as secured**.

However, because the current Disclosure Statement does not provide such clarity, Movant respectfully:

- Requests that the Court direct the Committee to **treat Movant's claim as a secured claim** under § 506(a), or require that the Disclosure Statement be amended accordingly; and
- **Reserves all rights** to object to confirmation of the Plan, seek relief from stay, pursue enforcement of his lien, or take any other appropriate action to protect his rights.

## 4. Request for Property-Level Disclosure

Movant further requests that, in connection with any approval of the Disclosure Statement, the Committee be required to provide a **property-by-property breakdown** of:

(i) real property values,

(ii) existing liens (including docketed judgment liens), and

(iii) projected equity, if any.

Such disclosure is essential to allow Movant to determine the extent to which his claim is secured and whether the Plan provides appropriate treatment under § 506(a).

## 5. Note on Timing of Filing

Movant respectfully realizes that his objection is being filed **one day after the formal deadline** of April 29, 2025, due to ongoing document review. Movant requests that the Court consider this filing in light of the upcoming May 13, 2025 hearing and the absence of prejudice to any party.

---

## 7. Conclusion

For the foregoing reasons, Movant respectfully requests that the Court:

1. Direct that Movant's claim be treated as secured under the Committee's Plan, or require clarification in the Disclosure Statement;
2. Require property-level lien and equity disclosures, as requested above;
3. Accept this limited objection as timely in light of the May 13 hearing; and
4. Grant such other and further relief as the Court deems just and proper.

**Dated:** April 30, 2025

**Respectfully submitted,**

*[signature]*

**Alok Gaur**
9 Ulysses Street, Parsippany NJ 07054
alokgaur@gmail.com
323-823-5000(M)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>ALOK GAUR<br><br>9 Ulysses Street,<br><br>Parsippany NJ 07054<br><br>323-823-5000(M)<br><br>alokgaur@gmail.com<br><br>Pro Se Creditor | |
| In Re:<br><br>MYSTICAL STARS, LLC F/K/A INTERNATIONAL INC.,<br>Debtor<br><br>AND<br><br>RUPAL PATEL,<br>Debtor | Case No.: 24-18290/SLM<br>Chapter 11<br>(Jointly Administered)<br><br>Case No.: 24-18301/SLM<br>Chapter 11<br><br>Judge: Stacey L. Meisel<br><br>Hearing Date: May 13, 2025 |

# CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025 I served the following documents:

**Limited Objection to the Committee's Disclosure Statement and Request for Clarification of Secured Claim Treatment**

by emailing and/or in-person/mailing via first class a copy to the parties listed in the chart below.

Dated: April 30, 2025

_____
Alok Gaur

| Name and Address | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| **Clerk of the Court: (in-person)**<br><br>U.S. Bankruptcy Court – District of New Jersey<br>Martin Luther King, Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 | Bankruptcy Court | In-person |
| **Office of the U.S. Trustee:**<br>Michael Artis,<br>Michael.A.Artis@usdoj.gov | US Trustee | Email |
| **Anthony Sodono, III**<br>King & Spalding LLP<br>and via email to<br>asodono@ktslaw.com | Counsel to the Debtors | Email |
| **Marc D. Miceli, Esq.**<br>Miceli Law, PC<br>and via email to<br>mmiceli@mm-lawpc.com | Counsel to Creditor, Minesh Patel | Email |
| **Richard D. Trenk, Esq.**<br>Trenk Isabel Siddiqi & Shahdanian, P.C.<br>and via email to<br>rtrenk@trenkisabel.law | Counsel to the Official Committee of Unsecured Creditors | Email |
| **Robert S. Roglieri, Esq.**<br>Trenk Isabel Siddiqi & Shahdanian, P.C.<br>and via email to<br>rroglieri@trenkisabel.law | Counsel to the Official Committee of Unsecured Creditors | Email |