| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(d)**<br><br>**TRENK ISABEL SIDDIQI<br> & SHAHDANIAN P.C.**<br>Richard D. Trenk, Esq.<br>Robert S. Roglieri, Esq.<br>290 W. Mt. Pleasant Ave., Suite 2370<br>Livingston, New Jersey 07039<br>Telephone: (973) 533-1000<br>Email: rtrenk@tisslaw.com<br>Email: rroglieri@tisslaw.com<br><br>*Counsel to Kenneth A. Rosen, as Liquidating Trustee* | Order Filed on January 8, 2026<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>MYSTICAL STARS, LLC, F/K/A ARYA INTERNATIONAL, INC., *et al.*[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-18290 (SLM)<br>(Jointly Administered) |

### ORDER TO SHOW CAUSE WHY RUPAL PATEL SHOULD NOT BE HELD IN CONTEMPT FOR FAILING AND REFUSING TO PROVIDE ACCESS TO THE PROPERTIES

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

DATED: January 8, 2026

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 case, along with their case numbers are as follows: Mystical Stars, LLC f/k/a Arya International Inc. (Case No. 24-18290 (SLM)) and Rupal K. Patel (Case No. 24-18301 (SLM)).

(Page 2)

| | |
|---|---|
| Debtor: | Mystical Stars, LLC f/k/a Arya International, Inc. |
| Case Number: | 24-18290(SLM) |
| Caption of Order: | Order to Show Cause Why Rupal Patel Should Not be Held In Contempt for Failing and Refusing to Provide Access to the Properties |

**THIS MATTER** having been opened to the Court by Kenneth A. Rosen, Esq., Liquidating Trustee, by and through his counsel, Trenk Isabel Siddiqi & Shahdanian P.C. (Richard D. Trenk, Esq. appearing), and the Court having reviewed the Liquidating Trustee's Application, and the Confirmation Order having been entered on December 18, 2025 [ECF 403], and the Confirmation Order specifically requiring Rupal Patel to provide cooperation and access to the various properties, and notice having been given to all the occupants that they must vacate by January 31, 2026, and none of the occupants having contacted the Liquidating Trustee, and the Liquidating Trustee's professionals having attempted to communicate with Ms. Patel's counsel and Ms. Patel directly, and Ms. Patel having refused to respond or provide access, and for good cause shown;

**IT IS** this _8_ day of January, 2026 **ORDERED** as follows:

1. Rupal Patel shall show cause on _January 27_, 2026 at _2:30_ ~~a.m.~~/p.m. why she should not be held in contempt for failing to provide access to the various properties and why the Court should not enter an appropriate order directing the United States Marshall or any other law enforcement agency to provide the Liquidating Trustee with access so that the Liquidating Trustee and his professionals may begin the process to auction and sell the various properties, and the Court will consider other sanctions and remedies as to Ms. Patel on the return date hereof.

(Page 3)

| | |
|---|---|
| Debtor: | Mystical Stars, LLC f/k/a Arya International, Inc. |
| Case Number: | 24-18290(SLM) |
| Caption of Order: | Order to Show Cause Why Rupal Patel Should Not be Held In Contempt for Failing and Refusing to Provide Access to the Properties |

---

2. Service of this Order shall be made via personal service on Ms. Patel at her residence located at 1 Hillside Road, Denville, New Jersey 07834 and the dance studio located at 1571 Route 46 East, Parsippany, New Jersey 07054.

3. Any opposition or responsive papers shall be filed with the Court no later than January 16, 2026.

*** 4. Appearances shall be required to prosecute and defend this Order to Show Cause.

**\*\*\*In person appearances are required unless granted otherwise by the Court.**